AO 91 (Rev. 11/11)  Criminal Complaint



# UNITED STATES DISTRICT COURT
for the

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FEB 26 2019
BY _____
DEPUTY CLERK

United States of America
v.
Ramiro Ojeda

Defendant(s)

Case No. 1:19-mj-00044-BAM

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 9, 1995__ in the county of __Tulare__ in the __Eastern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 1073 | Unlawful Flight to Avoid Prosecution |

This criminal complaint is based on these facts:
See Affidavit, atached hereto and incorporated herein by reference.

☐ Continued on the attached sheet.

_____
Complainant's signature

India R. Jones, Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 2/26/19

_____
Judge's signature

City and state: Fresno, California

Barbara A. McAuliffe, U.S. Magistrate Judge
Printed name and title

# AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT AND ISSUANCE OF ARREST WARRANT

## INTRODUCTION

I, India Jones, having been first duly sworn, do hereby depose and state as follows:

1. I am a Special Agent of the Federal Bureau of Investigation (FBI), and have been so employed since August 2011. I am currently assigned to the violent crime squad of the Sacramento Division, Fresno Resident Agency. While employed by the FBI, I have investigated federal criminal violations related to child exploitation and child pornography, in addition to other violent crime matters. Specifically, I have assisted and participated in investigations involving white collar criminals, national security matters, violent gangs, kidnappings, and fugitive cases, amongst others. Moreover, I am a federal law enforcement officer who is engaged in enforcing the criminal laws.

## NATURE OF AFFIDAVIT

2. This affidavit is being submitted in support of a criminal complaint and arrest warrant charging Ramiro Ojeda with Unlawful Flight to Avoid Prosecution, in violation of Title 18, United States code, Section 1073, and the issuance of an arrest warrant.[1] Because this affidavit is being submitted for the limited purpose of securing authorization of a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation.

3. The facts set forth in this affidavit are based on the following: my own personal knowledge; knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers; interviews of witnesses; my review of records related to this investigation; communications with others who have knowledge of the events and circumstances described herein; and information gained through my training and experience.

---

[1] 18 U.S.C. § 1073 provides, inter alia:
Whoever moves or travels in interstate of foreign commerce with intent... (1) to avoid
Prosecution...under the laws of the place from which he flees, for a crime, or an attempt
To commit a crime, punishable by death or which is a felony under the laws of the place
From which the fugitive flees...shall be [guilty of a felon].

1

## FACTS IN SUPPORT OF PROBABLE CAUSE DETERMINATION

4.      On July 9, 1995,[2] Porterville Police Department (PPD) was dispatched to the Sierra View District Hospital in response to a homicide, a violation of California Penal code Section 187. Subsequently, PPD responded to the crime scene located at 130 E. Walnut, in an attempt to locate potential witnesses. The victim was an 18 year old Hispanic male. A second victim, also an 18 year old Hispanic male, survived with superficial wounds. Witness statements indicated that Ramiro Ojeda was the shooter.

5.      On July 26, 1995, a criminal complaint was filed in the Tulare County Superior Court of California charging Ramiro Ojeda, along with William Ramirez and Armondo Lopez, with Murder, in violation of California Penal Code Section 187(A) and Attempted Murder, in violation of California Penal Code 664/187(a); however, Ramirez and Lopez were both convicted, by separate juries, and sentenced for the same counts with which they were charged. Ramiro Ojeda fled before he could be arrested or appear in court.

6.      On November 11, 1996, the case was submitted to Federal Prosecutor Lica. Maria Elmina Maexueiro Herrera of the Fiscalia Especializada En Delitos Cometidos en el Extranjero of the Federal Attorney General's Office for the Republic of Mexico, Mexico City. Upon reviewing the case, Lica. Maexueiro assigned the complaint Judicial Inquiry Averiguacion Previa No. FEDE/044/96. The complaint was filed and a warrant was issued for the arrest of Ramiro Ojeda.

7.      On August 11, 2005, Judge James W. Hollman of the Tulare County California Superior Court of California issued an arrest warrant for Ramiro Ojeda in connection with the charges. Information provided by the PPD indicates that both Ramiro and his brother, Armando Ramon Ojeda, date of birth May 21, 1976, also wanted for a separate murder in Porterville, California, fled the country in an attempt to avoid prosecution.

8.      On February 13, 2013, PPD Sergeant R. Carrillo spoke with a Confidential Witness (CW). At that time, CW advised that he had recently returned to California from visiting family in Mexico. While the CW was in Mexico, he encountered the Ojeda

---

[2] Any reference to dates and times herein are to approximate dates and times.

2

brothers who fled the United States after committing murder. The CW identified the older of the two brothers as Ramiro and said he has been in Mexico the longest.

9. The CW last saw the two suspects in a small city known as Villa Morelos, Michoacán, Mexico, where they were residing with their brother, Juan. The last time the PPD knows the CW to have seen the brothers was some time in either late 2012 or early 2013.

10. The two brothers, Armando and Ramiro, have been in the same city and residence for quite some time. The brothers are well known and it is common knowledge that they are on the run for crimes they committed in the United States.

11. As of approximately the early part of 2018, members of the United States Marshals Fugitive Task Force had made numerous attempts to locate the Ojeda Brothers in Mexico; however, they were unable to determine whether or not the brothers were there since it appeared they were not using their true names. As such, the United States Marshals were no longer actively pursuing the lead.

12. More recent investigative activities have identified brothers of both Ramiro and Armando Ojeda, located in and around a small town called Villa Morelos, located in Michoacán, Mexico. It is believed that Ramiro and Armando are residing with relatives in that area.

## CONCLUSION

13. Based on the foregoing, I submit there is probable cause to find that Ramiro Ojeda fled the United States to avoid prosecution for the state charges, as described above, in violation of Title 18, United States Code, Section 1073.

INDIA JONES
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this _____ day of February, 2019.

BARBARA A. McAULIFFE
United States Magistrate Judge

3

Reviewed and approved as to form
this 20th day of February 2019.

<u>Karen A. Escobar</u>
KAREN A. ESCOBAR
Assistant United States Attorney